UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANNA BOYIAZIS,

                    Plaintiff,

           -v-

ROUPOLOGIA, INC.,

                    Defendant.

19-CV-8789 (JPO)

ORDER

**DEFAULT JUDGMENT**

      **WHEREAS,** this matter came before the Court on Plaintiff Anna Boyiazis's motion for entry of a default judgment against Defendant Roupologia, Inc. ("Defendant"), under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

      **WHEREAS,** Plaintiff filed her motion for entry of default judgment seeking $30,000.00 in statutory damages under 17 U.S.C. § 504(c); $1912.50 in attorney's fees and $440.00 in costs under 17 U.S.C. § 505; and for such further relief as this Court deems just and proper.

      **WHEREAS,** Defendant has not answered the complaint or filed any opposition to Plaintiff's application for default judgment.

      **THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's motion for default judgment is **GRANTED IN PART** pursuant to Federal Rule of Civil Procedure 55(b)(2); it is

      **FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

      **FURTHER ORDERED** that Defendant shall pay $2,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $1912.50 in attorney's fees and $440.00 in costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED** that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to enforcement of this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of Court shall mark it as closed on the docket.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

SO ORDERED.

Dated: March 10, 2021
New York, New York

_____
J. PAUL OETKEN
United States District Judge